# IN THE SUPREME COURT OF THE STATE OF NEVADA

NATIONSTAR MORTGAGE, LLC, A
TEXAS LIMITED LIABILITY
CORPORATION,

Appellant,

vs.

NV EAGLES, LLC, A NEVADA
LIMITED LIABILITY; AND
MAPLEWOOD SPRINGS
HOMEOWNERS ASSOCIATION, A
NEVADA NON-PROFIT
CORPORATION,

Respondents.

No. 75566

**FILED**

JAN 2 2 2019


ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's unopposed motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b). Each party shall bear its own fees and costs.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Adriana Escobar, District Judge
Akerman LLP/Las Vegas
The Wright Law Group
Leach Kern Gruchow Anderson Song/Las Vegas
Eighth District Court Clerk

19-03204